### THE STATE *v.* TAYLOR.

BECK, P. J. Under the decision in the case of *The State* v. *B'Gos*, ante, this court is without jurisdiction to entertain, at the instance of the State, a petition for certiorari to the Court of Appeals in a criminal case.

*Writ of certiorari dismissed. All the Justices concur, except Russell, C. J., and Gilbert, J., who dissent, and Bell, J., disqualified.*

No. 8694. SEPTEMBER 14, 1932.

*John A. Boykin, solicitor-general,* and *J. W. LeCraw,* for plaintiff. *Arnold, Arnold & Gambrell,* for defendant.